IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR150 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| FELIPE PEREZ-RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 25th day of July, 2005, this matter is before the Court on the United States' Motion for Dismissal (Filing No. 4).  The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1.   Leave is Court is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, Felipe Perez-Ruiz.

2.   The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Felipe Perez-Ruiz.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief Judge, United States District Court